NO. 07-10-00013-CV

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL D

 



APRIL
28, 2010

 



 

RANDY BROWN, APPELLANT

 

v.

 

BILL HOLMAN AND

CLAYTEX PROPERTIES, INC., APPELLEES 



 



 

 FROM THE 97TH DISTRICT COURT OF CLAY
COUNTY;

 

NO. 2008-0000187C-CV; HONORABLE VICKI ISAACKS, JUDGE



 



 

Before QUINN,
C.J., and CAMPBELL and PIRTLE, JJ.

 

 

MEMORANDUM OPINION

 

 

Appellant Randy Brown has filed a
motion for partial dismissal of this appeal. Specifically, Brown seeks
dismissal of appellee Bill Holman.  A certificate of conference attached to the
motion indicates it is unopposed by Holman and the other appellee,
Claytex Properties, Inc.  The court has issued no opinion.  We therefore dismiss the appeal as it
pertains to appellee Bill Holman.  See Tex.
R. App. P. 42.1(a)(1),(b).  Otherwise, the appeal shall continue and
hereinafter bear the style “Randy Brown v. Claytex
Properties, Inc.”  No costs shall be
taxed against Holman.  Tex.
R. App. P. 42.1(d).

 

 

Per Curiam